**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ellen S. Paulson, | Civil No. 12-2180 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaaedic Surgical Products, Inc., | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  September 10, 2012

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge